# United States District Court

for the

# District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

RECEIVED

JUN 1 6 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Name of Offender: Gary Lott                          Case Number: 3:05-cr-020-02-JKS

Sentencing Judicial Officer:        James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:        August 8, 2005

Original Offense:        Attempt to Possess a Controlled Substance with Intent to Distribute

Original Sentence:        40 months followed by a four-year term of supervised release

Date Supervision Commenced:    July 20, 2007

Asst. U.S. Attorney: Frank Russo                     Defense Attorney: Michael Dieni

---

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about August 2, 2007, the defendant used cocaine. On August 2, 2007, the defendant submitted a urine specimen for drug testing that tested positive for presence of cocaine metabolite. On August 30, 2007, Kroll Laboratories confirmed the results of the defendant's drug test as positive for the presence of cocaine metabolite. This violation is a Grade C violation. |
| 2 | The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about August 20, 2007, the defendant used cocaine. On August 22, 2007, the defendant admitted to consuming cocaine on or about August 20, 2007, and signed a voluntary admission. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
Name of Offender          :          *Gary Lott*
Case Number               :          *3:05-cr-020-02-JKS*

3          The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about January 7, 2008, the defendant used cocaine. On January 7, 2008, the defendant submitted a urine specimen for drug testing that tested positive for presence of cocaine metabolite. On January 12, 2008, Kroll Laboratories confirmed the results of the defendant's drug test as positive for the presence of cocaine metabolite. This violation is a Grade C violation.

4          The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about May 17, 2008, the defendant used cocaine. On May 23, 2008, the defendant admitted to consuming cocaine on or about May 17, 2008, and signed a voluntary admission. This violation is a Grade C violation.

5          The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about May 17, 2008, the defendant used marijuana. On May 23, 2008, the defendant admitted to consuming marijuana on or about May 17, 2008, and signed a voluntary admission. This violation is a Grade C violation.

6          The defendant has violated Standard Condition of Supervision 7, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician," in that on or about May 17, 2008, the defendant used alcohol to excess. On May 23, 2008, the defendant admitted to consuming alcohol to excess on or about May 17, 2008, and signed a voluntary admission. This violation is a Grade C violation.

7          The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on June 2, 2008, the defendant failed to report for a scheduled drug test. This violation is a Grade C violation.

*Petition for Warrant or Summons*
*Name of Offender* : *Gary Lott* ,
*Case Number* : *3:05-cr-020-02-JKS*

8       The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on June 4, 2008, the defendant failed to report for a scheduled drug test. This violation is a Grade C violation.

9       The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on June 9, 2008, the defendant failed to report for a scheduled drug test. This violation is a Grade C violation.

10       The defendant has violated the Special Condition of Supervision "In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994, at the discretion of the probation officer, the defendant shall participate in a program approved by the United States Probation Office for substance abuse treatment, which program shall include counseling and/or testing to determine whether the defendant has reverted to the use of drugs or alcohol," in that on or about June 3, 2008, the defendant was discharged from the Salvation Army Clitheroe Center outpatient substance abuse treatment program for non-attendance and non-compliance with program requirements. This violation is a Grade C violation.

U.S. Probation Officer Recommendation:

The term of supervised release should be:

[X]   Revoked
[  ]   Extended for _____ year(s), for a total term of _____ years.

[  ]   The conditions of supervised release should be modified as follows:

Respectfully submitted,

REDACTED SIGNATURE

Timothy M. Astle
U.S. Probation/Pretrial Services Officer
Date: June 11, 2008

*Petition for Warrant or Summons*
*Name of Offender*      :      *Gary Lott*
*Case Number*      :      *3:05-cr-020-02-JKS*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[X]      *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]      The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]      Other:

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge

6 | 16 | 2008
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court

for the

# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case Number: 3:05-cr-020-02-JKS |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| | ) | |
| Gary Lott | ) | |

I, Timothy M. Astle, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Gary Lott, and in that capacity declare as follows:

On August 8, 2005, the Court imposed a 40-month sentence of imprisonment for Attempt to Possess a Controlled Substance with Intent to Distribute to be followed by four years of supervised release. On July 20, 2007, the defendant released from the Cordova Center Residential Reentry Center (RRC) to commence supervision in Anchorage.

On August 2, 2007, the defendant submitted a urine specimen that tested positive for the presence of cocaine metabolite. On August 30, 2007, Kroll Laboratories confirmed the defendant's urine specimen to be positive for the presence of cocaine metabolite. The defendant denied using any drugs.

On August 22, 2007, the defendant submitted a urine specimen that tested positive for the presence of cocaine metabolite. The defendant was confronted and admitted to drinking alcohol with friends and using cocaine. The defendant signed a voluntary admission, admitting to using cocaine on or about August 20, 2008.

On January 7, 2008, the defendant submitted a urine specimen that tested positive for the presence of cocaine metabolite. On January 12, 2008, Kroll Laboratories confirmed the defendant's urine specimen to be positive for the presence of cocaine metabolite.

On May 23, 2008, the defendant submitted a urine specimen that was dilute, but tested positive for the presence of cocaine metabolite. When confronted, the defendant admitted to consuming alcohol to excess, using marijuana, and using cocaine on or about May 17, 2008. The defendant signed a voluntary admission.

On June 2, 2008, the defendant failed to report for a scheduled drug test.

On or about June 3, 2008, the defendant was discharged as unsuccessful from the Salvation Army Clitheroe Substance Abuse Treatment Program for non-attendance and non-compliance with their established program requirements.

On June 4, 2008, the defendant failed to report for a scheduled drug test.

On June 9, 2008, the defendant failed to report for a scheduled drug test.

Executed this 11th day of June, 2008, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

REDACTED SIGNATURE
_____
Timothy M. Astle
U.S. Probation Officer