AO 442 (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2008 JUN 17 PM 8: 14

UNITED STATES OF AMERICA

v.

Gary Lott

**WARRANT FOR ARREST**

Case Number: 3:05-cr-020-02-JKS

RECEIVED
JUN 25 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Gary Lott_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

USMS-D/ALASKA-WARRANTS
FID# 985385
WARRANT # 0806-0617-0703-D
Entered NCIC 6/17/08
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court
☐ Pretrial Release Violation Petition ☐ Probation Violation Petition ☒ Supervised Release Violation ☐ Violation Notice

charging him or her with (brief description of offense)

The defendant has failed numerous drug tests, having used marijuana, cocaine, and alcohol to excess, and most recently has failed to report for drug testing. Furthermore, the defendant was removed from outpatient substance abuse treatment for non-attendance and non-compliance with program requirements.

in violation of Title _____ United States Code, Section(s) _____

James K. Singleton
Name of Issuing Officer

Senior U.S. District Court Judge
Title of Issuing Officer

**REDACTED SIGNATURE**
Signature of Issuing Officer

Anchorage
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

ANCHORAGE

DATE RECEIVED: 6/17/2008
DATE OF ARREST: 6/24/2008

NAME AND TITLE OF ARRESTING OFFICER: TROY MEEKS DUSM

SIGNATURE OF ARRESTING OFFICER: [signature] SDUSM