MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GARY DEVONN LOTT      CASE NO. 3:05-CR-00020-02-JKS
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:     ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:   KAREN LOEFFLER

DEFENDANT'S ATTORNEY:      MARY GEDDES-FRIEND OF COURT

U.S.P.O.:                  TIM ASTLE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 56) HELD JUNE 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:16 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: waived reading.

 X Defendant sworn.

 X Defendant stated true name:   Same as above

 X Defendant advised of general rights.

 X Waived full advisement of rights.

 X Financial Affidavit **FILED**, Federal Public Defender accepted appointment; Case to be assigned to Mike Dieni; FPD notified.

 X Defendant **DENIED** allegations 1-10 of the Petition to Revoke Supervised Release (DKT 56).

 X Matter to be referred to U.S. District Judge for: Evidentiary Hearing /Final Disposition Hearing.

 X Order of Detention Pending **FILED**.

 X OTHER: Court and counsel heard re defendant's employment and current medical condition.

At 4:34 p.m. court adjourned.

DATE:    JUNE 27, 2008       DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07