Dear, Judge Singleton

    I Gary O. Lott am here for a petition to revoke Federal Supervised Release because of Dirty UA's, I'm not gonna take up to much of your time but I just wanted to express my concerns of my Drug Abuse Issue & my future.

    I could simply say, give me my 8 to 14 months & let me get on with my life, but I'd still have a Drug Abuse Issue unaddressed, & out on the streets with no job or place to live, & sure I could temporarily stay with friend/family but that's not stable or Healthy.

    But if I go to treatment, complete it, then go strait into transitional Housing they provide at Akeela House Residential treatment then I'll Be better prepared to step back into society & get on with my life.

    My Probation Officer Jim Aslic has already Agreed to me going there & both he an my Attorney have spoken with Kevin Holmes from Akeela House & he says there Is plenty of Bed space & It's just a matter of getting Into Court Because my

P.M Astle wants you Judge Singleton to Interview & order me to Time Served & 90 days Akeela House Residential Treatment/ So simply Put, I need the treatment & Advantage of transitional Housing provided there after, because If I Don't then I'll Be right back In Lock-up!!!!!

Sincerely,

Gary Fox