```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   GARY DEVONN LOTT      CASE NO. 3:05-cr-00020-02-JKS
Defendant: X  Present  X  In Custody

BEFORE THE HONORABLE: JAMES K. SINGLETON

DEPUTY CLERK/RECORDER: LINDA CHRISTENSEN

UNITED STATES' ATTORNEY:    FRANK RUSSO

DEFENDANT'S ATTORNEY:     MICHAEL DIENI

U.S.P.O.:       TIM ASTLE

PROCEEDINGS: ADJUDICATION/DISPOSITION (EVIDENTIARY/ADJUDICATION)
             HEARING RE PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 56)HELD: 7/21/08
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:09 a.m. court convened.

 X Defendant **ADMITTED** allegations 1, 5, and 7

 X FINAL DISPOSITION HEARING:

     X Supervised Release revoked and reinstated.

 X Defendant to serve remaining unexpired term of supervised
   release, with credit for time served, under the usual terms
   and conditions with special conditions of supervised release
   as stated in the judgment with modification that defendant
   enter and successfully complete drug treatment program at
   Akeela House to include aftercare requirements as recommended
   by the program.

 X OTHER: Defendant waived evidentiary hearing.  Government moved
for dismissal of petition violations   2-4, 6, and 8-10; **GRANTED**.
Remaining violations **DISMISSED**. Court ordered clerk to prepare
Release Order and Amended Judgment for signature. Probation
Officer stated 90 days of  program at Akeela House will be paid
for by government; defendant will be responsible for costs
following 90 day period.

At 10:38 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal Service.

DATE:   JULY 21, 2008           DEPUTY CLERK'S INITIALS:   LSC


Revised 6-18-07
```