IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.   GARY DEVONN LOTT

CASE NO:   3:05-cr-00020-02-JKS-JR

---

Defendant  Lott ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_____Released to _____, the third party custodian(s)

_____Paid cash bail in the amount of _____ to the Clerk of Court

_____Posted unsecured bond in the amount of _____

_____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____Surrendered passport to the Clerk of Court

X  Other   Per order of the Court

Dated at Anchorage, Alaska this  21st  day of  July  , 2008.

**REDACTED SIGNATURE**

JAMES K. SINGLETON
U.S. DISTRICT JUDGE

Original & 1 cy to U.S. Marshal

(Rev 7/08)