UNITED STATES DISTRICT COURT
District of Alaska

RECEIVED
JUL 2 2 2008
Clerk, U.S. District Court
Anchorage, A.K.

UNITED STATES OF AMERICA,

vs.

GARY DEVONN LOTT

AMENDED JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
For Offenses Committed On or After November 1, 1987
(Original Judgment filed 8/9/05 )
Case Number: 3:05-cr-00020-02-JKS
MICHAEL DIENI
Defendant's Attorney

Defendant's probation officer filed a petition on 6/16/2008 accusing defendant of 10 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED violations 1, 5, and 7. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | 7 | Positive UA | 8/2/2007 | C |
| 5 | Standard | Use of Controlled Substance | 5/17/2008 | C |
| 7 | Special | Failure to Report For Drug Test | 6/2/2008 | C |

The court finds that the following accusations are not proved: 2-4, 6, 8-10
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] modification or [] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

JULY 21, 2008

**REDACTED SIGNATURE**

Signature of Judicial Officer

JAMES K. SINGLETON, U.S. District Judge
Name & Title of Judicial Officer

7/22/08
Date

AO245.REV

Defendant: GARY DAVONN LOTT  Amended Judgment--Page  2  of  2
Case No.:   3:05-cr-00020-02-JKS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

Special Condition of Supervision added:

The defendant shall enter and successfully complete the treatment program at Akeela House to include aftercare requirements as recommended by the program.

The term of supervision is not [X] is[_] extended as follows:

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV